**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**GINA SHARPSTON,**

     **Plaintiff,**

**v.**                              **Case No.  8:07-cv-1076-T-30TBM**

**COMMISSIONER OF SOCIAL**
**SECURITY,**

     **Defendant.**

_____/

## ORDER

THIS MATTER is before the court on the Commissioner's **Motion to Remand**. (Dkt. 18).  By this motion, the Commissioner seeks entry of an order remanding the case.  As grounds, the Commissioner states that it wishes to take further administrative action in this case.  This motion is made pursuant to Sentence Six of Section 405(g) of the Social Security Act, 42 U.S.C. § 405(g),[1] and is unopposed by the Plaintiff.

---

[1]Sentence Six provides:

> The court may, on motion of the Commissioner of Social Security made for good cause shown before the Commissioner files the Commissioner's answer, remand the case to the Commissioner of Social Security for further action by the Commissioner of Social Security, . . . and the Commissioner of Social Security shall, after the case is remanded . . . file with the court any such additional and modified findings of fact and decision, and a transcript of the additional record and testimony upon which the Commissioner's action in modifying or affirming was based.

42 U.S.C. § 405(g).

Accordingly, it is **ORDERED** that the Commissioner's motion (Dkt. 18) is **GRANTED**.  This matter is remanded pursuant to Section Six of Section 405(g) for further proceedings consistent with the motion.  The Clerk is directed to administratively close the file.

**DONE** and **ORDERED** in Tampa, Florida on April 4, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2007\07-cv-1076.mt remand.frm