**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**GINA SHARPSTON,**

      **Plaintiff,**

**v.**                                                        **Case No. 8:07-cv-1076-T-30TBM**

**MICHAEL J. ASTRUE,
Commissioner of the United States
Social Security Administration,**

      **Defendant.**
_____/

## REPORT AND RECOMMENDATION

THIS MATTER is before the court on referral by the Honorable James S. Moody for a report and recommendation on the Commissioner's **Motion to Affirm the Commissioner's Decision Subsequent to Remand and for Entry of Judgment** (Doc. 20). By this motion, which is filed pursuant to Fed. R. Civ. P. 58(a)(1), 42 U.S.C. § 405(g), and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991), the Commissioner seeks an Order affirming the final agency decision issued subsequent to the remand order entered by this court on April 4, 2008, pursuant to sentence six of 42 U.S.C. § 405(g). The Commissioner represents that Plaintiff does not oppose the relief requested.

Upon consideration, it is recommended that the Commissioner's **Motion to Affirm the Commissioner's Decision Subsequent to Remand and for Entry of Judgment** (Doc. 20) be **GRANTED**. It is recommended further that the district judge affirm the

Commissioner's decision dated October 21, 2009, and direct the Clerk to enter Judgment in favor of the Plaintiff to and to close the case.

                                                    Respectfully submitted this
                                                    6th day of August 2010.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

## **NOTICE TO PARTIES**

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking the factual findings on appeal and a *de novo* determination by a district judge.  28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; M.D. Fla. R. 6.02; *see also* Fed. R. Civ. P. 6; M.D. Fla. R. 4.20.

Copies furnished to:
The Honorable James S. Moody, United States District Judge
Counsel of Record