## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

GINA SHARPSTON,

     Plaintiff,

v.                            Case No:  8:07-CV-1076-T-30TBM

MICHAEL J. ASTRUE,
Commissioner of Social Security,

     Defendant.
_____/

## <u>ORDER</u>

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Thomas B. McCoun, III (Dkt. #21).  The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1.     The Report and Recommendation (Dkt. #21) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2.     The Commissioner's Unopposed Motion to Affirm the Commissioner's Decision Subsequent to Remand and for Entry of Judgment (Dkt. #20) is GRANTED.

3.     The Commissioner's decision dated October 21, 2009, is AFFIRMED.

4.     The Clerk is directed to enter judgment in favor of Plaintiff and against Defendant.

5.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on August 25, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record

S:\Even\2007\07-cv-1076.adopt 21.wpd